No. 83–5578.   HARRIS *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 83–5583.   ASHWORTH *v.* LOS ANGELES COUNTY, CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 83–5591.   MITCHELL *v.* NOCERA ET AL.   C. A. 2d Cir. Certiorari denied.

No. 83–5593.   JOHNSON *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 83–5594.   JOHNSON *v.* HENRY.   App. Sess., Super. Ct. Conn.   Certiorari denied.

No. 83–5597.   SPRADLIN ET AL. *v.* NEBRASKA.   Sup. Ct. Neb. Certiorari denied.

No. 83–5599.   MEDINA-REYES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5605.   CUTTS *v.* WYRICK, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–5607.   KING *v.* MCEVERS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–5617.   SMITH-BEY *v.* SABO, JUDGE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5624.   MORVAY *v.* MAGHIELSE TOOL & DIE CO., INC. C. A. 6th Cir.   Certiorari denied.

No. 83–5642.   MARKS *v.* UNITED STATES POSTAL SERVICE. C. A. D. C. Cir.   Certiorari denied.

No. 83–5647.   GREATHOUSE *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 83–5658.   HAMPTON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.